MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

**ALAN RALPH MOORE**            v.    **DORA SCHRIRO, et al.**

THE HONORABLE JOHN W. SEDWICK          CASE NO. 3:06-cv-00427-JWS

PROCEEDINGS:    **ORDER FROM CHAMBERS**            Date: June 28, 2006

---

    Petitioner Moore filed a petition for writ of habeas corpus at docket 1. The magistrate judge filed a thorough report at docket 9 which recommends that the petition be denied. Moore filed objections at docket 10.

    In a matter such as this, the district court reviews recommended factual findings as to which an objection is noted and all conclusions of law *de novo.* Recommended findings of fact as to which no objection is noted are reviewed for clear error. Having applied that standard of review, this court concludes that the recommended findings of fact ar correct and the recommended conclusions of law are also correct. Petitioner's objections are no more than a re-hash of maters already addressed in the report from the magistrate judge; they require no further comment.

    This court adopts the report by the magistrate judge at docket 9 which is hereby **APPROVED**. Based thereon, the petition at docket 1 is **DENIED**. This case is **DISMISSED**.